

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-13-00553-CR

Gilbert **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant has filed a second motion to extend time to file the appellant's brief. In the prior extension, we granted appellant a ninety-day extension and advised that no further extensions would be granted written proof of extraordinary circumstances. In the second motion, appellant contends the due date for the brief was miscalendared and he had issues obtaining the record. We **GRANT** appellant's second motion to extend time to file the brief and **ORDER** appellant to file the brief on or before April 18, 2014. Appellant is advised that **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED** and that if the brief is not timely filed, we will abate the appeal and remand the matter back to the trial court for an abandonment hearing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court